**K2**

4330 East-West Hwy, Suite 320
Bethesda, MD 20814
www.k2consulting.com

Robert Gaskin
RCGA Architects - Interior Designers
90-04 161st Street
Penthouse Suite 801
Jamaica, NY 114323

| | |
|---|---|
| Invoice Number | 002114 |
| Invoice Date | June 26, 2016 |
| PO Number | |
| Contract | RCG-COM-0001 |
| Project | RCG-COM-0982 |
| Page | 1 of 2 |
| Manager | Michael F. Marcell |

| Description/Comments/Consultant | Date | Hours | Rate | Amount |
|---|---|---|---|---|
| **Project** LGA Design Consulting | | | | |
| **Task** General Labor | | | | |
| Dave M. Borges | 6/14/2016 | 1.00 | 332.80 | 332.80 |
| Dave M. Borges | 6/16/2016 | 1.00 | 332.80 | 332.80 |
| Dave M. Borges | 6/17/2016 | 1.00 | 332.80 | 332.80 |
| Dave M. Borges | 6/20/2016 | 2.00 | 332.80 | 665.60 |
| Dave M. Borges | 6/21/2016 | 4.00 | 332.80 | 1,331.20 |
| Dave M. Borges | 6/22/2016 | 2.00 | 332.80 | 665.60 |
| Dave M. Borges | 6/23/2016 | 4.00 | 332.80 | 1,331.20 |
| Dave M. Borges | 6/24/2016 | 2.00 | 332.80 | 665.60 |
| Jessica M. York | 6/6/2016 | 2.00 | 73.13 | 146.26 |
| Jessica M. York | 6/16/2016 | 2.00 | 73.13 | 146.26 |
| Jessica M. York | 6/23/2016 | 2.00 | 73.13 | 146.26 |
| Michael F. Marcell | 6/7/2016 | 4.00 | 332.80 | 1,331.20 |
|     Review of design drawings and evaluation of plan | | | | |
| Michael F. Marcell | 6/8/2016 | 8.00 | 332.80 | 2,662.40 |
|     Site walk through, sit down with the customer to review design and schedule. | | | | |
| Michael F. Marcell | 6/9/2016 | 8.00 | 332.80 | 2,662.40 |
|     Design assessment with RCGA. Provide site considerations and final walkthrough for checkpoint A | | | | |
| Michael F. Marcell | 6/10/2016 | 4.00 | 332.80 | 1,331.20 |
| Michael F. Marcell | 6/14/2016 | 1.00 | 332.80 | 332.80 |
|     Review drawing concerns from TSA discuss plan for resolution | | | | |
| Michael F. Marcell | 6/15/2016 | 1.00 | 332.80 | 332.80 |
|     review design modifications prior to CAD | | | | |
| Michael F. Marcell | 6/16/2016 | 1.00 | 332.80 | 332.80 |

| | | | | |
| --- | --- | --- | --- | --- |
| Discuss ingress and regress. Review AIT configuration and AT3 systems | | | | |
| Michael F. Marcell | 6/20/2016 | 2.00 | 332.80 | 665.60 |
| Michael F. Marcell | 6/21/2016 | 2.00 | 332.80 | 665.60 |
| Michael F. Marcell | 6/22/2016 | 3.00 | 332.80 | 998.40 |
| Michael F. Marcell | 6/23/2016 | 2.00 | 332.80 | 665.60 |
| Subtotal Task | General Labor | | | 18,077.18 |

**Task**  **Travel Expenses**

| | | | | |
| --- | --- | --- | --- | --- |
| American Express David Borges | 6/8/2016 | | 1.00 | 338.00 |
| Billable - Ground Transportation | | | | |
| American Express David Borges | 6/10/2016 | | 1.00 | 957.21 |
| Billable - Hotel | | | | |
| Michael Marcell | 6/10/2016 | 14.20 | 1.55 | 21.95 |
| Billable - Meals & Entertainment | | | | |
| Michael Marcell | 6/7/2016 | 462.00 | 1.00 | 249.48 |
| Billable - Mileage | | | | |
| Michael Marcell | 6/10/2016 | 131.00 | 1.21 | 159.00 |
| Billable - Other Travel | | | | |
| Michael Marcell | 6/10/2016 | 16.00 | 5.66 | 90.50 |
| Billable - Parking | | | | |
| Subtotal Task | Travel Expenses | | | 1,816.14 |

| | |
| --- | --- |
| **Invoice Total** | **19,893.32** |
| **Terms:Net 30** | |

| | | | |
| --- | --- | --- | --- |
| Contract Value | 74,544.42 | Billing To Date | 19,893.32 |
| Biller: | | Approved By: | Jessica M. York |



4330 East-West Hwy, Suite 320
Bethesda, MD 20814
www.k2consulting.com

Robert Gaskin
RCGA Architects - Interior Designers
90-04 161st Street
Penthouse Suite 801
Jamaica, NY 114323

Invoice Number  002172
Invoice Date    July 31, 2016
PO Number
Contract        RCG-COM-0001
Project         RCG-COM-0982

Page            1 of 3

Manager         Michael F. Marcell

| Description/Comments/Consultant | Date | Hours | Rate | Amount |
|---|---|---|---|---|
| **Project** LGA Design Consulting | | | | |
| **Task** General Labor | | | | |
| Dave M. Borges | 6/27/2016 | 4.00 | 332.80 | 1,331.20 |
| Dave M. Borges | 6/29/2016 | 3.00 | 332.80 | 998.40 |
| Dave M. Borges | 6/30/2016 | 1.00 | 332.80 | 332.80 |
| Dave M. Borges | 7/1/2016 | 3.00 | 332.80 | 998.40 |
| Dave M. Borges | 7/11/2016 | 2.00 | 332.80 | 665.60 |
| Dave M. Borges | 7/14/2016 | 1.00 | 332.80 | 332.80 |
| Dave M. Borges | 7/15/2016 | 1.00 | 332.80 | 332.80 |
| Dave M. Borges | 7/18/2016 | 2.00 | 332.80 | 665.60 |
| Dave M. Borges | 7/20/2016 | 2.00 | 332.80 | 665.60 |
| Dave M. Borges | 7/22/2016 | 2.00 | 332.80 | 665.60 |
| Dave M. Borges | 7/27/2016 | 2.00 | 332.80 | 665.60 |
| Dave M. Borges | 7/29/2016 | 2.00 | 332.80 | 665.60 |
| Jessica M. York | 6/30/2016 | 2.00 | 73.13 | 146.26 |
| Jessica M. York | 7/8/2016 | 2.00 | 73.13 | 146.26 |
| Jessica M. York | 7/11/2016 | 2.00 | 73.13 | 146.26 |
| Jessica M. York | 7/20/2016 | 2.00 | 73.13 | 146.26 |
| Jessica M. York | 7/27/2016 | 2.00 | 73.13 | 146.26 |
| Michael F. Marcell    Review call with RCGA, and evaluation of checkpoint layout special systems | 6/27/2016 | 2.00 | 332.80 | 665.60 |
| Michael F. Marcell    Review of Checkpoint per new CDG, verify compliance. Discuss new design requirements for LGA | 6/29/2016 | 2.00 | 332.80 | 665.60 |
| Michael F. Marcell    Review L3 systems concepts for Checkpoint | 6/30/2016 | 1.00 | 332.80 | 332.80 |

| | | | | |
|---|---|---|---|---|
| Michael F. Marcell | 7/1/2016 | 2.00 | 332.80 | 665.60 |
| Consideration of Checkpoint layout with smaller L3 | | | | |
| Michael F. Marcell | 7/4/2016 | 2.00 | 332.80 | 665.60 |
| Review bridge drawings. Meeting with design team | | | | |
| Michael F. Marcell | 7/6/2016 | 2.00 | 332.80 | 665.60 |
| Bridge passenger flow review. | | | | |
| Michael F. Marcell | 7/8/2016 | 3.00 | 332.80 | 998.40 |
| Review Checkpoint questions with TSA input and bridge tie into the checkpoint. | | | | |
| Michael F. Marcell | 7/11/2016 | 2.00 | 332.80 | 665.60 |
| Checkpoint Alignment discussions for current and next phased checkpoint | | | | |
| Michael F. Marcell | 7/13/2016 | 2.00 | 332.80 | 665.60 |
| Checkpoint travel path discussions for current checkpoint with bridge egress and digress | | | | |
| Michael F. Marcell | 7/15/2016 | 2.00 | 332.80 | 665.60 |
| Follow up call on checkpoint travel path discussions for current checkpoint with bridge egress and digress | | | | |
| Michael F. Marcell | 7/18/2016 | 2.00 | 332.80 | 665.60 |
| Main Checkpoint integration discussions with checkpoint B design | | | | |
| Michael F. Marcell | 7/20/2016 | 2.00 | 332.80 | 665.60 |
| Main Checkpoint integration discussions with checkpoint B design | | | | |
| Michael F. Marcell | 7/22/2016 | 2.00 | 332.80 | 665.60 |
| Main Checkpoint integration discussions with checkpoint B design | | | | |
| Michael F. Marcell | 7/27/2016 | 2.00 | 332.80 | 665.60 |
| Subtotal Task  General Labor | | | | 18,369.70 |

**Task**  **Travel Expenses**

| | | | | |
|---|---|---|---|---|
| Dave M. Borges | 7/4/2016 | 2.00 | 332.80 | 665.60 |
| Dave M. Borges | 7/6/2016 | 2.00 | 332.80 | 665.60 |
| Dave M. Borges | 7/8/2016 | 3.00 | 332.80 | 998.40 |
| American Express Michael Marcell | 6/9/2016 | 29.00 | 1.00 | 29.00 |
| Billable - Parking | | | | |
| Subtotal Task  Travel Expenses | | | | 2,358.60 |

**Invoice Total**                                                                 20,728.30

**Terms:Net 30**

| Contract Value | 74,544.42 | Billing To Date | 40,621.62 |
|---|---|---|---|
| Biller: | | Approved By: | Jessica M. York |



4330 East-West Hwy, Suite 320
Bethesda, MD 20814
www.k2consulting.com

Robert Gaskin
RCGA Architects - Interior Designers
90-04 161st Street
Penthouse Suite 801
Jamaica, NY 114323

Invoice Number    002238
Invoice Date      August 28, 2016
PO Number
Contract          RCG-COM-0001
Project           RCG-COM-0982

Page              1 of 2

Manager    Michael F. Marcell

| Description/Comments/Consultant | Date | Hours | Rate | Amount |
|---|---|---|---|---|
| **Project**    LGA Design Consulting | | | | |
| **Task**                General Labor | | | | |
| Dave M. Borges | 8/1/2016 | 1.00 | 332.80 | 332.80 |
| Dave M. Borges | 8/5/2016 | 1.00 | 332.80 | 332.80 |
| Dave M. Borges | 8/9/2016 | 2.00 | 332.80 | 665.60 |
| Jessica M. York | 8/2/2016 | 2.00 | 73.13 | 146.26 |
| Jessica M. York | 8/12/2016 | 2.00 | 73.13 | 146.26 |
| Jessica M. York | 8/15/2016 | 2.00 | 73.13 | 146.26 |
| Michael F. Marcell | 8/1/2016 | 1.00 | 332.80 | 332.80 |
| Michael F. Marcell | 8/4/2016 | 1.00 | 332.80 | 332.80 |
| Michael F. Marcell | 8/16/2016 | 2.00 | 332.80 | 665.60 |
|     Planning for main checkpoint design. | | | | |
|   Subtotal   Task         General Labor | | | | 3,101.18 |
| **Task**                Travel Expenses | | | | |
| American Express David Borges | 7/22/2016 | | | 405.49 |
|     Billable - Ground Transportation | | | | |
| American Express David Borges | 7/22/2016 | 1.00 | | 283.50 |
|     Billable - Hotel | | | | |
| David Borges | 7/22/2016 | 1.00 | | 9.45 |
|     Billable - Meals & Entertainment | | | | |
| American Express David Borges | 7/21/2016 | 1.00 | | 36.00 |
|     Billable - Parking | | | | |
|   Subtotal   Task         Travel Expenses | | | | 734.44 |

| | |
|---|---|
| **Invoice Total** | 3,835.62 |
| **Terms:Net 30** | |

| | | | |
|---|---|---|---|
| Contract Value | 74,544.42 | Billing To Date | 44,457.24 |

| | | |
|---|---|---|
| Biller: | Approved By: | Jessica M. York |



4330 East-West Hwy, Suite 320
Bethesda, MD 20814
www.k2consulting.com

Robert Gaskin
RCGA Architects - Interior Designers
90-04 161st Street
Penthouse Suite 801
Jamaica, NY 114323

```
Invoice Number    002265
Invoice Date      September 25, 2016
PO Number
Contract          RCG-COM-0001
Project           RCG-COM-0982

Page              1 of 2

     Manager    Michael F. Marcell
```

| Description/Comments/Consultant | Date | Hours | Rate | Amount |
|---|---|---|---|---|
| **Project**     LGA Design Consulting | | | | |
| **Task**     General Labor | | | | |
| Dave M. Borges | 9/13/2016 | 2.00 | 332.80 | 665.60 |
|    CP design oversight | | | | |
| Dave M. Borges | 9/15/2016 | 2.00 | 332.80 | 665.60 |
|    CP design review | | | | |
| Dave M. Borges | 9/19/2016 | 2.00 | 332.80 | 665.60 |
|    CP design oversight | | | | |
| Dave M. Borges | 9/22/2016 | 2.00 | 332.80 | 665.60 |
|    CP design review | | | | |
| Jessica M. York | 8/24/2016 | 2.00 | 73.13 | 146.26 |
|    CP design review | | | | |
| Jessica M. York | 8/30/2016 | 2.00 | 73.13 | 146.26 |
|    CP design review | | | | |
| Jessica M. York | 9/9/2016 | 2.00 | 73.13 | 146.26 |
|    CP review | | | | |
| Jessica M. York | 9/23/2016 | 2.00 | 73.13 | 146.26 |
|    CP design review | | | | |
| Michael F. Marcell | 8/30/2016 | 2.00 | 332.80 | 665.60 |
|    CP design oversight | | | | |
| Michael F. Marcell | 9/1/2016 | 2.00 | 332.80 | 665.60 |
|    CP design review | | | | |
| Michael F. Marcell | 9/7/2016 | 3.00 | 332.80 | 998.40 |
|    CP design oversight | | | | |
| Michael F. Marcell | 9/13/2016 | 2.00 | 332.80 | 665.60 |
|    CP design review | | | | |
| Michael F. Marcell | 9/15/2016 | 2.00 | 332.80 | 665.60 |
|    CP design oversight | | | | |
| Michael F. Marcell | 9/19/2016 | 2.00 | 332.80 | 665.60 |
|    CP design review | | | | |
| Michael F. Marcell | 9/22/2016 | 2.00 | 332.80 | 665.60 |
|    CP design review | | | | |

| | | | |
|---|---|---|---|
| Subtotal Task | General Labor | | 8,239.44 |

| | |
|---|---|
| **Invoice Total** | **8,239.44** |
| **Terms:Net 30** | |

| | | | |
|---|---|---|---|
| Contract Value | 74,544.42 | Billing To Date | 52,696.68 |
| Biller: | | Approved By: | Jessica M. York |



4330 East-West Hwy, Suite 320
Bethesda, MD 20814
www.k2consulting.com

Robert Gaskin
RCGA Architects - Interior Designers
90-04 161st Street
Penthouse Suite 801
Jamaica, NY 114323

Invoice Number     002359
Invoice Date       October 30, 2016
PO Number
Contract           RCG-COM-0001
Project            RCG-COM-0982

Page               1 of 1

Manager            Michael F. Marcell

| Description/Comments/Consultant | Date | Hours | Rate | Amount |
|---|---|---|---|---|
| **Project**   LGA Design Consulting | | | | |
| **Task**      General Labor | | | | |
| Dave M. Borges | 9/27/2016 | 2.00 | 332.80 | 665.60 |
| Dave M. Borges | 9/29/2016 | 2.00 | 332.80 | 665.60 |
| Dave M. Borges | 10/4/2016 | 1.00 | 332.80 | 332.80 |
| Dave M. Borges | 10/7/2016 | 2.00 | 332.80 | 665.60 |
| Jessica M. York | 9/28/2016 | 2.00 | 73.13 | 146.26 |
| Jessica M. York | 10/12/201 | 2.00 | 73.13 | 146.26 |
| Jessica M. York | 10/19/201 | 2.00 | 73.13 | 146.26 |
| Jessica M. York | 10/26/201 | 2.00 | 73.13 | 146.26 |
| Michael F. Marcell | 9/27/2016 | 1.00 | 332.80 | 332.80 |
| Michael F. Marcell | 9/28/2016 | 2.00 | 332.80 | 665.60 |
| Michael F. Marcell | 10/5/2016 | 1.00 | 332.80 | 332.80 |
| Michael F. Marcell | 10/6/2016 | 2.00 | 332.80 | 665.60 |
| Subtotal  Task    General Labor | | | | 4,911.44 |

**Invoice Total**                                                        4,911.44

**Terms:Net 30**

| Contract Value | 74,544.42 | Billing To Date | 57,608.12 |
|---|---|---|---|
| Biller: | | Approved By: | Jessica M. York |



4330 East-West Hwy, Suite 320
Bethesda, MD 20814
www.k2consulting.com

Robert Gaskin
RCGA Architects - Interior Designers
90-04 161st Street
Penthouse Suite 801
Jamaica, NY 114323

Invoice Number 002429
Invoice Date    November 27, 2016
PO Number
Contract        RCG-COM-0001
Project         RCG-COM-0982

Page            1 of 2

Manager         Michael F. Marcell

| Description/Comments/Consultant | Date | Hours | Rate | Amount |
|---|---|---|---|---|
| **Project**   LGA Design Consulting | | | | |
| **Task**       General Labor | | | | |
| Jessica M. York | 11/2/2016 | 2.00 | 73.13 | 146.26 |
| Jessica M. York | 11/11/201 | 2.00 | 73.13 | 146.26 |
| Jessica M. York | 11/16/201 | 2.00 | 73.13 | 146.26 |
| Michael F. Marcell | 11/1/2016 | 1.00 | 332.80 | 332.80 |
| Michael F. Marcell | 11/2/2016 | 4.00 | 332.80 | 1,331.20 |
| Michael F. Marcell | 11/3/2016 | 3.00 | 332.80 | 998.40 |
| Michael F. Marcell | 11/4/2016 | 3.00 | 332.80 | 998.40 |
| Michael F. Marcell | 11/9/2016 | 2.00 | 332.80 | 665.60 |
| Michael F. Marcell | 11/10/201 | 3.00 | 332.80 | 998.40 |
| Michael F. Marcell | 11/11/201 | 2.00 | 332.80 | 665.60 |
| Subtotal Task  General Labor | | | | 6,429.18 |
| **Task**       Travel Expenses | | | | |
| Michael Marcell | 11/2/2016 | 437.00 | 1.00 | 437.00 |
|     Billable - Ground Transportation | | | | |
| American Express Michael Marcell | 11/2/2016 | 7.75 | 1.00 | 7.75 |
|     Billable - Parking | | | | |
| Michael Marcell | 11/2/2016 | 64.00 | 1.00 | 64.00 |
|     Billable - Per Diem | | | | |
| Subtotal Task  Travel Expenses | | | | 508.75 |

| | |
| --- | --- |
| **Invoice Total** | **6,937.93** |
| **Terms:Net 30** | |

| | | | |
| --- | --- | --- | --- |
| Contract Value | 74,544.42 | Billing To Date | 64,546.05 |
| Biller: | | Approved By: Jessica M. York | |



4330 East-West Hwy, Suite 320
Bethesda, MD 20814
www.k2consulting.com

| | |
|---|---|
| Invoice Number | 002496 |
| Invoice Date | January 01, 2017 |
| PO Number | |
| Contract | RCG-COM-0001 |
| Project | RCG-COM-0982 |
| Page | 1 of 2 |
| Manager | Michael F. Marcell |

Robert Gaskin
RCGA Architects - Interior Designers
90-04 161st Street
Penthouse Suite 801
Jamaica, NY 114323

| Description/Comments/Consultant | Date | Hours | Rate | Amount |
|---|---|---|---|---|
| **Project** LGA Design Consulting | | | | |
| **Task** General Labor | | | | |
| Dave M. Borges | 12/7/2016 | 2.00 | 332.80 | 665.60 |
| Dave M. Borges | 12/8/2016 | 1.00 | 332.80 | 332.80 |
| Dave M. Borges | 12/9/2016 | 1.00 | 332.80 | 332.80 |
| Michael F. Marcell | 12/6/2016 | 3.00 | 332.80 | 998.40 |
| Subtotal Task General Labor | | | | 2,329.60 |
| **Task** Travel Expenses | | | | |
| Michael F. Marcell | 12/6/2016 | 6.00 | 332.80 | 1,996.80 |
| Michael Marcell | 12/6/2016 | 262.00 | 1.00 | 262.00 |
|    Billable - Ground Transportation | | | | |
| Michael Marcell | 12/6/2016 | 6.75 | 1.00 | 6.75 |
|    Billable - Meals & Entertainment | | | | |
| Michael Marcell | 12/6/2016 | 9.00 | 1.00 | 9.00 |
|    Billable - Parking | | | | |
| Subtotal Task Travel Expenses | | | | 2,274.55 |

**Invoice Total**     **4,604.15**

Terms: Net 30

| | | | |
|---|---|---|---|
| Contract Value | 74,544.42 | Billing To Date | 69,150.20 |

Biller:                              Approved By:    Jessica M. York



4330 East-West Hwy, Suite 320
Bethesda, MD 20814
www.k2consulting.com

Robert Gaskin
RCGA Architects - Interior Designers
90-04 161st Street
Penthouse Suite 801
Jamaica, NY 114323

| | | |
|---|---|---|
| Invoice Number | 002496 | |
| Invoice Date | January 01, 2017 | |
| PO Number | | |
| Contract | RCG-COM-0001 | |
| Project | RCG-COM-0982 | |
| Page | 1 of 2 | |
| Manager | Michael F. Marcell | |

| Description/Comments/Consultant | Date | Hours | Rate | Amount |
|---|---|---|---|---|
| **Project**    LGA Design Consulting | | | | |
| **Task**    General Labor | | | | |
| Dave M. Borges | 12/7/2016 | 2.00 | 332.80 | 665.60 |
| Dave M. Borges | 12/8/2016 | 1.00 | 332.80 | 332.80 |
| Dave M. Borges | 12/9/2016 | 1.00 | 332.80 | 332.80 |
| Michael F. Marcell | 12/6/2016 | 3.00 | 332.80 | 998.40 |
| Subtotal Task    General Labor | | | | 2,329.60 |
| **Task**    Travel Expenses | | | | |
| Michael F. Marcell | 12/6/2016 | 6.00 | 332.80 | 1,996.80 |
| Michael Marcell | 12/6/2016 | 262.00 | 1.00 | 262.00 |
|     Billable - Ground Transportation | | | | |
| Michael Marcell | 12/6/2016 | 6.75 | 1.00 | 6.75 |
|     Billable - Meals & Entertainment | | | | |
| Michael Marcell | 12/6/2016 | 9.00 | 1.00 | 9.00 |
|     Billable - Parking | | | | |
| Subtotal Task    Travel Expenses | | | | 2,274.55 |

**Invoice Total**    4,604.15

Terms: Net 30

Contract Value    74,544.42      Billing To Date    69,150.20

RCGA Architects - Interior Designers

Invoice Number 002496
Project RCG-COM-0982
Page 2 of 2

Biller: Approved By: Jessica M. York